IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KERRIE PRITCHARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1849 |
| | § | |
| MERCK SHARP & DOHME CORP., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiffs' notice of dismissal, (Docket Entry No. 6), this action is dismissed with prejudice.

SIGNED on September 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge